# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company as trustee** | Case No. 1:07-cv-2554 |
| Plaintiff, | Judge Solomon Oliver, Jr. |
| vs. | **JUDGMENT** |
| **Mell D. Coburn, et al.** | |
| Defendants. | |

UNITED STATES DISTRICT JUDGE SOLOMON OLIVER, JR.

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: 11/29/2007

/s/SOLOMON OLIVER, JR.
Judge Solomon Oliver, Jr.
UNITED STATES DISTRICT JUDGE

E42

G:\Cases - TM\07-21112\Motion for Default Judgment-071115-MAH.wpd